# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1262, -1273

## WARNER CHILCOTT COMPANY, LLC,

*Plaintiff – Appellee,*

v.

## LUPIN LTD., LUPIN PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS OF NY, LLC, and AMNEAL PHARMACEUTICALS, LLC,

*Defendants – Appellants.*

Appeals from the United States District Court for the District of New Jersey in No. 3:11-cv-05048-JAP-TJB, Judge Joel A. Pisano.

## **MANDATE**

In accordance with the judgment of this Court, entered October 22, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court